ACCEPTED
03-14-00612-CV
3756235
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 4:35:54 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00612-CV

## IN THE
## THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 4:35:54 PM
JEFFREY D. KYLE
Clerk

## M&M ORTHODONTICS, P.A.,

*Appellant*,

## v.

## ACS STATE HEALTHCARE, LLC,

*Appellees.*

## On appeal from the 126th District Court, Travis County, Texas
## Cause No. D-1-GN-14-000321

## FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Appellant asks the Court to extend the time to file Appellant's Brief.

## A. Introduction

1.   Appellant is M&M Orthodontics, P.A.

2.   This motion is filed within the period to file a motion to extend the time to file briefs, as required by Rules 10.5 and 38.6.

3.   The appellees are not opposed to this motion.

## B. Argument & Authorities

4.   The Court may grant an extension of time to file briefs under Texas Rule of Appellate Procedure 38.6.

5.   The deadline to file the Brief is January 12, 2015.

6.   Appellant requests an additional 30 days to file its Brief, extending the time until February 11, 2015.

7.   This appeal may become moot because the State of Texas recently filed, against the Appellant in this appeal, similar but discrete civil court claims on related issues. As a result, those new claims may obviate the need for this appeal. In addition, if the same legal questions ultimately present themselves in those new civil cases, the issues may be more clear and straightforward to bring in those cases. Appellant's counsel needs some additional time to research the effect of those new, similar claims by the State of Texas to determine whether this appeal is necessary to preserve appellant's legal complaints.

8.   No previous extension has been requested or granted to extend the time to file Appellant's Brief.

## C. Prayer

8.   For these reasons, Appellant asks the Court to grant an extension of time to file Brief until February 11, 2015.

Respectfully Submitted,

Jason Ray
State Bar No. 24000511
RIGGS ALESHIRE & RAY, P.C.
700 Lavaca, Suite 920
Austin, Texas  78701
(512) 457-9806  Telephone
(512) 457-9066  Facsimile
jray@r-alaw.com

## CERTIFICATE OF CONFERENCE

I communicated by telephone on January 12, 2015 with opposing counsel, Raymond Winter (for the State of Texas) and Eric J.R. Nichols (for ACS State Healthcare) and they advised that they do not oppose this motion.

_____
Jason Ray

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by eservice on January 13, 2015 to the following:


***Counsel for State of Texas:***
Raymond Winter
Margaret Moore
Office of the Attorney General
P.O. Box 12458
Austin, TX 78711-2548
raymond.winter@texasattorneygeneral.gov
margaret.moore@texasattorneygeneral.gov

***Counsel for ACS State Healthcare,LLC:***
Eric J.R. Nichols
Christopher R. Cowan
Beck Redden, LLP
515 Congress Avenue, Suite 1750
Austin, Texas, 78701
enichols@beckredden.com
ccowan@beckredden.com


_____
Jason Ray